GRANT v. THE STATE.

EVANS, P. J. The evidence is sufficient to support the verdict, which has the approval of the trial judge; and as no error of law is complained of, the judgment denying a new trial is

Affirmed. All the Justices concur.

JULY 13, 1911.

Indictment for murder. Before Judge Conyers. Glynn superior court. March 24, 1911.

J. D. Sparks, for plaintiff in error. H. A. Hall, attorney-general, and J. H. Thomas, solicitor-general, contra.